IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Lamar Scroggins,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Unknown Fuller-Espinoza, et al.,<br><br>　　　　　Defendants. | No. CV-20-01742-PHX-DWL<br><br>**ORDER** |

　　　　This is a *pro se* prisoner civil rights action that has been referred to Magistrate Judge Boyle for all pretrial proceedings.  (Doc. 5.)

　　　　On April 21, 2022, Judge Boyle issued a report and recommendation ("R&R") concluding that this action should be dismissed without prejudice due to Plaintiff's failure to file a change of address in compliance with LRCiv 83.3(d) and the October 19, 2020 screening order.  (Doc. 28.)  The R&R further concluded that, in light of this recommended outcome, Defendants' motion to dismiss should be denied as moot.  (*Id.*)  Finally, the R&R stated that "[t]he parties shall have 14 days from the date of service of a copy of this Report and Recommendation within which to file specific written objections with the Court" and that "[f]ailure to timely file objections . . . may result in the acceptance of the Report and Recommendation by the district court without further review."  (*Id.* at 4-5.)

　　　　Here, the time to file objections has expired and neither side has filed any objections. Additionally, the docket reflects that the R&R was returned as undeliverable when sent to Plaintiff due to his failure to update his address.  (Doc. 29.)  This underscores why the

recommended disposition in the R&R is correct. At any rate, district courts are not required to review any portion of an R&R to which no specific objection has been made. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 28) is **accepted**.

2. Plaintiff's complaint (Doc. 1) and this action are **dismissed without prejudice**.

3. Defendant's motion to dismiss (Doc. 22) is **denied as moot**.

4. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 16th day of May, 2022.

Dominic W. Lanza
United States District Judge